Case 2:24-cv-08005-SVW-E   Document 12   Filed 10/29/24   Page 1 of 1   Page ID #:36

FILED
CLERK, U.S. DISTRICT COURT
10/29/24
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

October 28, 2024

Subject: Request for Extension of Time to File Answer - case Action No. 2:24-cv-08005

United States District Court
For the Central District of California

The Defendant Jeffery Beach, respectfully requests an extension of time to file an Answer to the Complaint in the above-captioned case, currently due on October 29, 20024. Defendant seeks an additional 15 days to film act Answer, extending the November 19, 2024.

Reason for Request: I was out of the country, and just returned. As a result I need additional time to gather information for my Answers.

I am representing myself regarding this legal action against me.

Contact information:
Jeffery Beach
818-448-6337
jeff@ufofilm.com

Verification:
I declare under penalty of perjury that the foregoing is true and correct.

_____
Jeffery Beach
October 29, 2024

Consent from Plaintiff:
Roderick J. Lindblom P.C.
475 Washington Blvd
Marina del Rey, California 90292

*Roderick Lindblom*
_____
October 29, 20024