UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Lilley Wayne,<br><br>PLAINTIFF(S)<br>v.<br>Crown Media Holdings, Inc. et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:24-cv-08005-SVW-E<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 10/29/2024 | 12 | Request for Extension of Time |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

The request is GRANTED. Defendant response to the complaint is extended to and including November 19, 2024.

Dated: 10/31/2024      By: _____
STEPHEN V. WILSON, U.S. District Judge