NICOLAS A. JAMPOL (SBN 244867)
  nicolasjampol@dwt.com
ADRIAN F. VALLENS (SBN 332013)
  adrianvallens@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
CROWN MEDIA HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LILLEY WAYNE, p/k/a "JEN LILLEY," an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CROWN MEDIA HOLDINGS, INC., a Delaware corporation; JEFFERY BEACH, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08005 SVW (Ex)<br><br>**JOINT STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND RESPONSE TO SAME** |

## **STIPULATION**

Plaintiff Jennifer Lilley Wayne ("Plaintiff") and Defendants Crown Media Holdings, Inc. ("Crown Media") and Jeffery Beach (together, the "Parties"), by and through their respective counsel of record, enter into this Stipulation with respect to the following facts:

1.   Plaintiff filed her Complaint on September 18, 2024.

2.   On October 29, 2024, Defendant Beach filed a request seeking an extension of time to answer the Complaint until November 19, 2024, which the Court granted on October 31, 2024. Dkt. 14.

3.   On October 29, 2024, Defendant Crown Media acknowledged receipt of the Complaint and provided counsel for Plaintiff a Notice and Acknowledgement of Receipt of Summons and Complaint.  As a result, Crown Media's response to the Complaint is due on November 19, 2024.

4.   On November 12, 2024, counsel for Plaintiff and for Defendant Jeffery Beach met and conferred pursuant to Local Rule 7-3 concerning Defendant Beach's intention to file a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).

5.   Following the meet and confer, counsel for Plaintiff agreed to file an amended complaint no later than December 2, 2024.

6.   The Parties agree that this Stipulation avoids burdening the Court with unnecessary motion practice and will provide time for Plaintiff to amend her Complaint and for both Defendants to respond.

**IT IS HEREBY STIPULATED AND AGREED**:

Plaintiff shall file an amended complaint no later than December 2, 2024. Defendants are relieved of their obligation to file responsive pleadings to the currently operative Complaint, and upon Plaintiff's filing of an amended complaint, Defendants will have 21 days to file responsive pleadings.

IT IS SO STIPULATED.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  Dated: November 14, 2024

2

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
ADRIAN F. VALLENS

3

By: /s/ Nicolas A. Jampol
    Nicolas A. Jampol

4

5

Attorneys for Defendant
CROWN MEDIA HOLDINGS, INC.

6

7  Dated: November 14, 2024

FOX ROTHSCHILD LLP
DAVID ARONOFF

8

9

By: /s/ David Aronoff
    David Aronoff

10

11

Attorneys for Defendant
JEFFERY BEACH

12  Dated: November 14, 2024

13

THE LAW OFFICES OF RODERICK J.
LINDBLOM, P.C.
RODERICK J. LINDBLOM

14

15

By: /s/ Roderick J. Lindblom
    Roderick J. Lindblom

16

17

Attorneys for Plaintiff
JENNIFER LILLEY WAYNE, p/k/a
"JEN LILLEY"

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION
4895-6423-7049v.1 0118497-000029

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 14, 2024          DAVIS WRIGHT TREMAINE LLP
                                  NICOLAS A. JAMPOL
                                  ADRIAN F. VALLENS

                                  By:_____/s/ Nicolas A. Jampol_____
                                          Nicolas A. Jampol

                                  Attorneys for Defendant
                                  CROWN MEDIA HOLDINGS, INC.

JOINT STIPULATION
4895-6423-7049v.1 0118497-000029

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899