NICOLAS A. JAMPOL (SBN 244867)
  nicolasjampol@dwt.com
ADRIAN F. VALLENS (SBN 332013)
  adrianvallens@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
CROWN MEDIA HOLDINGS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LILLEY WAYNE, p/k/a "JEN LILLEY," an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CROWN MEDIA HOLDINGS, INC., a Delaware corporation; JEFFERY BEACH, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08005 SVW (Ex)<br><br>**DECLARATION OF NICOLAS A. JAMPOL IN SUPPORT OF JOINT STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND RESPONSE TO SAME** |

## <u>DECLARATION OF NICOLAS A. JAMPOL</u>

I, Nicolas A. Jampol, declare as follows:

     1.    I am an attorney admitted to practice before this Court.  I am a partner in the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing defendant Crown Media Holdings, Inc. ("Crown Media") in this matter.  The facts stated below are based on my own personal knowledge.

     1.    Plaintiff Jennifer Lilley Wayne filed her Complaint on September 18, 2024.

     2.    I am informed and understand that counsel for Plaintiff and counsel for Defendant Jeffery Beach met and conferred pursuant to Local Rule 7-3 regarding a potential motion to dismiss.

     3.    Counsel for Plaintiff has agreed to file an amended complaint no later than December 2, 2024.

     4.    In order to avoid burdening the Court with unnecessary motion practice, the Parties have stipulated to an extension of time for Plaintiff to file an amended Complaint and for Defendants to respond to that amended Complaint.

     5.    This Stipulation is not meant to delay this action, but rather to provide adequate time for Plaintiff to amend her Complaint and for Defendants to respond.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 14th day of November, 2024, in Los Angeles, California.

                                \_\_\_\_/s/ Nicolas A. Jampol_____
                                  Nicolas A. Jampol

JAMPOL DECLARATION
4874-2697-9577v.1 0118497-000029

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899