# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LILLEY WAYNE, p/k/a "JEN LILLEY," an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CROWN MEDIA HOLDINGS, INC., a Delaware corporation; JEFFERY BEACH, an individual; and DOES 1-20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-08005 SVW (Ex)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND RESPONSE TO SAME** |

[PROPOSED] ORDER

      The Court, having considered the Parties' Stipulation Regarding Filing of First Amended Complaint and Response to Same, with good cause having been shown, HEREBY ORDERS AS FOLLOWS:

    1.    Plaintiff shall file an amended complaint no later than December 2, 2024;

    2.    Defendants are relieved of their obligation to file responsive pleadings to the currently operative Complaint;

    3.    Upon Plaintiff's filing of an amended complaint, Defendants will have 21 days to file responsive pleadings thereto.

**IT IS SO ORDERED.**

Dated: _____

                                          Stephen V. Wilson
                                      United States District Judge

[PROPOSED] ORDER