David Aronoff (SBN 125694)
daronoff@foxrothschild.com
Joshua Bornstein (SBN 311658)
jbornstein@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, CA 90067
Tel:   310-598-4150
Fax:   310-556-9828

Attorneys for Defendant,
JEFFERY BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LILLEY WAYNE, P/K/A "JEN LILLEY," an individual,<br><br>Plaintiff,<br><br>v.<br><br>CROWN MEDIA HOLDINGS, INC., a Delaware corporation; JEFFERY BEACH, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  2:24-CV-08005-SVW-E<br><br>Honorable Judge Stephen V. Wilson<br><br>**NOTICE OF ANTICIPATED SETTLEMENT PURSUANT TO LOCAL RULE 40-2** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE,** the undersigned counsel of record for plaintiff Jennifer Lilley Wayne, p/k/a "Jen Lilley" ("Lilley"), defendant Jeffery Beach ("Beach"), and defendant Crown Media Holdings, Inc. ("Crown") hereby give notice pursuant to Local Rule 40-2 that Lilley and Beach have reached a settlement in principle that will result in the dismissal of the entire action, including as to Crown.

The parties respectfully request that the Court vacate the Initial Scheduling Conference presently on calendar for March 3, 2025 and retain jurisdiction for 30-days as the final details of the anticipated settlement are resolved. The parties expect that a Notice of Dismissal with Prejudice will be filed within 30 days of this Notice of Anticipated Settlement, after a written settlement agreement is finalized and executed and certain conditions are satisfied.

DATED:  February 27, 2025        Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ David Aronoff*
   David Aronoff
   Attorneys for Defendant JEFFERY BEACH

Dated: February 27, 2025        **DAVIS WRIGHT TREMAINE LLP**

By: */s/ Adrian F. Vallens*
   Nicolas A. Jampol
   Adrian F. Vallens
   Attorneys for Defendant CROWN MEDIA HOLDINGS, INC.

Dated: February 27, 2025        **THE LAW OFFICES OF RODERICK J. LINDBLOM, P.C.**

By: */s/ Roderick Lindblom*
   Roderick J. Lindblom
   Attorneys for Plaintiff JENNIFER LILLEY WAYNE, p/k/a "JEN LILLEY"

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 27, 2025        Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ David Aronoff*
    David Aronoff
    Attorneys for Defendant JEFFERY BEACH

Dated: February 27, 2025        **DAVIS WRIGHT TREMAINE LLP**

By: */s/ Adrian F. Vallens*
    Nicolas A. Jampol
    Adrian F. Vallens
    Attorneys for Defendant CROWN MEDIA HOLDINGS, INC.

Dated: February 27, 2025        **THE LAW OFFICES OF RODERICK J. LINDBLOM, P.C.**

By: */s/ Roderick Lindblom*
    Roderick J. Lindblom
    Attorneys for Plaintiff JENNIFER LILLEY WAYNE, p/k/a "JEN LILLEY"