AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION      ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT |
|---|---|
| DOCKET NO.<br>2:24-cv-08005 | DATE FILED<br>9/18/2024 | CENTRAL DISTRICT OF CALIFORNIA (Western Division) |

| PLAINTIFF<br>JENNIFER LILLEY WAYNE, P/K/A  JEN LILLEY,  an individual | DEFENDANT<br>CROWN MEDIA HOLDINGS, INC., a Delaware corporation; JEFFERY BEACH, an individual; and DOES 1-20, inclusive |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PAU004195528 | A Paris Proposal | Jennifer Lilley Wayne |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED : Joint Stipulation<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☒ No | DATE RENDERED<br>3/27/2025 |
|---|---|---|
| CLERK<br>BRIAN D. KARTH | (BY) DEPUTY CLERK | DATE<br>3/28/2025 |

DISTRIBUTION:

1) Upon initiation of action, mail copy to Register of Copyrights      2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights      3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court      5) Case File Copy



1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10
11   JENNIFER LILLEY WAYNE, p/k/a          Case No. 2:24-cv-08005 SVW (Ex)
     "JEN LILLEY," an individual,
12                                          **STIPULATION TO DISMISS WITH
                         Plaintiff,         PREJUDICE**
13
14        vs.
15   CROWN MEDIA HOLDINGS, INC., a
     Delaware corporation; JEFFERY
16   BEACH, an individual; and DOES 1-20,
     inclusive,
17
                         Defendants.
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO DISMISS WITH PREJUDICE
4919-1566-2367v.1 0118497-000029
169743633.1

## **STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Jennifer Lilley Wayne and defendants Crown Media Holdings, Inc. and Jeffery Beach, stipulate and agree that all claims asserted in the above-captioned action shall be dismissed with prejudice in their entirety as to all parties, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: March 27, 2025

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
ADRIAN F. VALLENS

By: /s/
     Nicolas A. Jampol

Attorneys for Defendant
CROWN MEDIA HOLDINGS, INC.

Dated: March 27, 2025

FOX ROTHSCHILD LLP
DAVID ARONOFF

By: /s/
     David Aronoff

Attorneys for Defendant
JEFFERY BEACH

Dated: March 27, 2025

THE LAW OFFICES OF RODERICK J. LINDBLOM, P.C.
RODERICK J. LINDBLOM

By: /s/ *Roderick Lindblom*
     Roderick J. Lindblom

Attorneys for Plaintiff
JENNIFER LILLEY WAYNE, p/k/a
"JEN LILLEY"

STIPULATION TO DISMISS WITH PREJUDICE
4919-1566-2367v.1 0118497-000029
169743633.1

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 27, 2025

THE LAW OFFICES OF RODERICK J. LINDBLOM, P.C.
RODERICK J. LINDBLOM

By: /s/ *Roderick Lindblom*
Roderick J. Lindblom

Attorneys for Plaintiff
JENNIFER LILLEY WAYNE, p/k/a
"JEN LILLEY"